UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KEON TERRELL ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-CV-26 SNLJ |
| ) | |
| SHERIFF MARK DOBBS, at al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Keon Terrell Allen's motion for leave to proceed *in forma pauperis* on appeal. ECF No. 18. After review of plaintiff's financial information provided in his affidavit in support, the Court has determined that plaintiff is unable to pay the filing fee and will grant plaintiff's motion to proceed *in forma pauperis* on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED.** [ECF No. 18]

Dated this 17th day of June, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE